# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 22, 2023**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America<br>v.<br>JUAN MANUEL FLORES-VILLAMAN<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  1:23-MJ-04044-ACE<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 21, 2023__ in the county of __Yakima__ in the __Eastern__ District of __Washington__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1),(b)(1)(A)(viii) | Distribution of 500 Grams or More of a Detectable Amount of Methamphetamine |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

☑ Sworn to telephonically and signed electronically
☐ Sworn to before me and signed in my presence.

Date:  03/22/2023

City and state:  Spokane ~~Yakima~~, Washington

*Complainant's signature*

CHELSEY HANEY
Digitally signed by CHELSEY HANEY
Date: 2023.03.22 10:23:01 -07'00'

Chelsey Haney, SA DEA
*Printed name and title*

*Judge's signature*

JAMES A. GOEKE, U.S. Magistrate Judge
*Printed name and title*

AUSA: CJB            COUNTY: YAKIMA