FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 30, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN MANUEL FLORES-VILLAMAN,<br><br>Defendant. | No. 1:23-CR-02012-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF Nos. 40, 41** |

Before the Court are Defendant's Motion to Modify Conditions of Release (ECF No. 40) and related Motion to Expedite (ECF No. 41). Defendant was represented on these Motions by court-appointed attorney Christopher Black.

Defendant requests that the Court modify Condition No. 17 to reduce the condition of home detention to that of a curfew. ECF No. 40. The United States Attorney's Office and the United States Probation/Pretrial Services Office have no objection to Defendant's request. *Id*.

The Court, having reviewed the Motion and finding good cause therefor, **HEREBY ORDERS:**

1. Defendant's Motion to Expedite (**ECF No. 41**) is **GRANTED**.

2. Defendant's Motion to Modify Conditions of Release (**ECF No. 40**) is **GRANTED**.

ORDER - 1

3. **Condition No. 17 (ECF No. 18) is MODIFIED** in its entirety to read as follows:

17. **Defendant shall participate in one or more of the following home confinement program(s):**

**GPS Monitoring:** Defendant shall participate in a program of GPS (satellite) or Radio Frequency (cellular and landline) location monitoring. Defendant shall wear, at all times, an electronic device under the supervision of the United States Probation/Pretrial Services Office. In the event Defendant does not respond to location monitoring or cannot be found, the United States Probation/Pretrial Services Office shall forthwith notify the United States Marshals Service, who shall immediately find, arrest, and detain the defendant. Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation/Pretrial Services Office.

**AND**

**Curfew:** Defendant shall be restricted to his residence every day from **9:00 PM to 6:00 AM**, or as directed by the United States Probation/Pretrial Services Office.

4. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED May 30, 2023.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2